■ In the Matter of RICHARD F., a Person Alleged to be a Juvenile Delinquent, Appellant. — Order of the Family Court, Queens County (Meyer, J.),

dated May 10, 1982, as amended by an order of the same court (Corrado, J.), dated December 16, 1982, affirmed, without costs or disbursements. No opinion. Thompson, J. P., Bracken, Rubin and Boyers, JJ., concur.